**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 23-52981-JEH | Trustee Name: | Amy L. Bostic |
|---|---|---|---|
| Case Name: | BOGAN, KATHRYN | Date Filed (f) or Converted (c): | 08/30/2023 (f) |
| For the Period Ending: | 10/5/2023 | §341(a) Meeting Date: | 10/02/2023 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Household Goods | $1,500.00 | $0.00 | | $0.00 | FA |
| 2  Clothing | $500.00 | $0.00 | | $0.00 | FA |
| 3  Checking Chase Bank | $251.00 | $0.00 | | $0.00 | FA |
| 4  Checking BMI Federal CU | $4.00 | $0.00 | | $0.00 | FA |
| 5  Checking USAA | $24.00 | $0.00 | | $0.00 | FA |
| 6  Savings USAA | $150.00 | $0.00 | | $0.00 | FA |
| 7  Venmo | $13.00 | $0.00 | | $0.00 | FA |
| 8  I Don't Wanna, LLC 100 % | $0.00 | $0.00 | | $0.00 | FA |
| 9  Potential Insider preference payments (u) | $0.00 | $1.00 | | $0.00 | $1.00 |

**TOTALS (Excluding unknown value)**                                                                                                                      **Gross Value of Remaining Assets**
                                        $2,442.00                    $1.00                                              $0.00                                                  $1.00

**Major Activities affecting case closing:**

10/04/2023    Trustee will investigate and pursue potential insider preference payments made by the Debtor.

| **Initial Projected Date Of Final Report (TFR):** | 10/02/2024 | **Current Projected Date Of Final Report (TFR):** | 10/02/2024 | /s/ AMY L. BOSTIC |
|---|---|---|---|---|
| | | | | AMY L. BOSTIC |